UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GURPINDER SINGH,

          Petitioner,

    v.

WARDEN GOLDEN STATE ANNEX
FACILITY, et al.,

          Respondents.

No.  1:26-cv-02297-DAD-EFB (HC)

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.  On March 26, 2026, respondents filed a response to the petition.  ECF No. 6.  On March 27, the court granted a preliminary injunction prohibiting respondents from transferring petitioner outside the Eastern District of California during the pendency of this action and referred the matter to the undersigned magistrate judge. ECF No. 7.

IT IS HEREBY ORDERED that petitioner may file a traverse on or before April 10, 2026. If no traverse is filed by that date, the court will consider the petition submitted.

DATED: April 1, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1